16712

HOBBS v. HUDGENS *ET AL.*
(74 S. E. (2d) 425)

*Messrs. Carlisle, Brown & Carlisle,* of Spartanburg, *and Love, Thornton & Blythe,* of Greenville, *for Appellant,*

*Messrs. Thos. B. Butler,* of Spartanburg, and *J. D. Todd, Jr.,* of Greenville, *for Respondents,*

February 4, 1953.

PER CURIAM.

We are of opinion that the order of the trial Judge granting the motion of the defendants-respondents for judgment in their favor, *non obstante veredicto,* and from which this appeal is taken, should be affirmed.

Affirmed.